■ In the Matter of HEINZ E. STAPELFELDT et al., Appellants, v FLOYD D. LANE et al., Constituting the Zoning Board of Appeals of the Town of Jerusalem, Respondents. (Appeal No. 1.) [605 NYS2d 995] —Appeal unanimously dismissed without costs *(see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeal from Judgment of Supreme Court, Yates County, Falvey, J.—Article 78.) Present—Callahan, J. P., Pine, Balio, Doerr and Boomer, JJ.